# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Shannon L. Jones                           Docket No. 1:13MJ563

### Petition on Unsupervised Probation

COMES NOW Bethany Erding, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shannon L. Jones who was placed on supervision by the Honorable Theresa Carroll Buchanan, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 16th day of October, 2013, who fixed the period of supervision at six (6) months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant may not operate a motor vehicle without a valid operator's license.

2) The defendant shall pay a $150.00 fine, and $10.00 special assessment fee, to be paid within three (3) months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

4-22-2014 @ 10:00am

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 31st day of March, 2014 and ordered filed and made a part of the records in the above case.  /s/ Theresa Carroll Buchanan  United States Magistrate Judge  Theresa Carroll Buchanan  United States Magistrate Judge | I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 28, 2014  Bethany Erding  U.S. Probation Officer  (703) 299-2305  Place Alexandria, Virginia |

**TO CLERK'S OFFICE**                                    Prob 12 (10/09)

RE: JONES, Shannon L.

OFFENSE: No Operator's License, in violation of Title 18, U.S.C., 13 Assimilating VA Code Section 46.2-300.

SENTENCE: The defendant was placed on unsupervised probation for a period of six (6) months, with the special conditions listed on page one.

ADJUSTMENT TO SUPERVISION: The defendant commenced her term of unsupervised probation effective October 16, 2013. On November 26, 2013, No Court Action Recommended was filed advising the Court the defendant was charged with Assault: On a Family Member by Prince William County Court. No action was recommended pending the final outcome of the aforementioned charge by the originating court. The Court approved the request for no action on December 4, 2013. The aforementioned charge was eventually Nolle Prossed.

The defendant is scheduled to expire from supervision effective April 17, 2014.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:    COMMISSION OF A CRIME.**

**SPECIAL CONDITION 1:    THE DEFENDANT SHALL NOT DRIVE A MOTOR VEHICLE WITHOUT A VALID OPERATOR'S LICENSE.**

On March 26, 2014, the undersigned received an electronic notification indicating the defendant had law enforcement contact with the Fairfax County Police Department. A subsequent record check was completed and revealed the defendant was arrested on March 26, 2014, for offenses occurring on or about December 19, 2013. The defendant was charged with 2 counts of Public Records: Forgery; Drive Under Revocation/Suspension, and Identity Theft: Obtain I.D., Avoid Arrest.

Pursuant to the above charges, the defendant bonded out of jail on March 26, 2014. The defendant's Arraignment Hearing is scheduled for April 3, 2014 at 10:30 am, and her Preliminary Hearing is scheduled for June 11, 2014, at 2:00 pm.

On March 28, 2014, police reports were requested and receipt remains pending.

**SPECIAL CONDITION 2:    THE DEFENDANT SHALL PAY A $150.00 FINE, AND $10.00 SPECIAL ASSESSMENT FEE, TO BE PAID WITHIN THREE (3) MONTHS.**

On multiple occasions the defendant was directed to pay her court-ordered fees. However, as of this writing her fines and fees remain outstanding.

BME/vlh
rrg